Brian Hennessy, State Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025
Telephone:  650.838.4300 / Facsimile:  650.838.4350

Attorneys for Plaintiff
  FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>CYBER2MEDIA, INC., DANIEL NEGARI, CLEANSER PRODUCTS, COUNTER BALANCE ENTERPRISES LTD., FB PROMOTIONS/FREEBIE PROMOS, MACKROONER LTD. INC., NEWGATE SERVICES LTD. INC., PIONEER ENTERPRISES LTD., RABBIT GOGO MEDIA LLC, SMTM ENTERPRISES LTD., YOURTICK, ZILT, JACOB DANIELS, JERRY HUI, RYAN JOHNSON, ERIC JORDAN, KARRIE-LEE KARREMAN, JUNE KIMCHI, TIM MEYERS, ANKIT PANDEY, S. PACE, ELISE PETRI, MARK RISI, JOHN SOUZA, MICHAEL SUGGS, and DOES 1-119,<br><br>                    Defendants. | Case No.<br><br>**PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

LEGAL21365494.1                        -1-                        CERTIFICATION OF INTERESTED ENTITIES OR PERSONS Case No.          .

1
2
3
4
5    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
6    named parties, there is no such interest to report.
7
8    DATED: July 21, 2011                    **PERKINS COIE LLP**

9                                            By: _____
10                                               Brian Hennessy
                                                 Attorney for Plaintiff
11                                               FACEBOOK, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL21365494.1                    -2-            CERTIFICATION OF INTERESTED
                                                  ENTITIES OR PERSONS Case No.       .