| | |
|---|---|
| 1 | Brian Hennessy, State Bar No. 226721 |
| | BHennessy@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 3 | Menlo Park, California  94025 |
| | Telephone: 650.838.4300 / Facsimile: 650.838.4350 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| |     FACEBOOK, INC. |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FACEBOOK, INC.** |
| v. | |
| CYBER2MEDIA, INC., DANIEL NEGARI, CLEANSER PRODUCTS, COUNTER BALANCE ENTERPRISES LTD., FB PROMOTIONS/FREEBIE PROMOS, MACKROONER LTD. INC., NEWGATE SERVICES LTD. INC., PIONEER ENTERPRISES LTD., RABBIT GOGO MEDIA LLC, SMTM ENTERPRISES LTD., YOURTICK, ZILT, JACOB DANIELS, JERRY HUI, RYAN JOHNSON, ERIC JORDAN, KARRIE-LEE KARREMAN, JUNE KIMCHI, TIM MEYERS, ANKIT PANDEY, S. PACE, ELISE PETRI, MARK RISI, JOHN SOUZA, MICHAEL SUGGS, and DOES 1-119, | |
| Defendants. | |

1
2
3   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Facebook, Inc. states that it does
4   not have a parent corporation and that no publicly held corporation owns ten percent or more of
5   its stock.
6
7   DATED: July 21, 2011            **PERKINS COIE LLP**
8
                                    By: _____
9                                       Brian Hennessy
                                        Attorney for Plaintiff
10                                      FACEBOOK, INC.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL21365455.1            -2-           CORPORATE DISCLOSURE STATEMENT
                                         OF FACEBOOK, INC. Case No. _____