AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| | ) |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.

# C V 11 - 0 3 6 1 9
### PJH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Cyber2Media, Inc.
8900 W Olympic Blvd Ste. 100
Beverly Hills, CA 90211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  JUL 2 2 2011

Tiffany Salinas-Harwell

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc., et al. | ) CV11-03619 PJH |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Daniel Negari
205 S. Camden Dr.
Beverly Hills, CA 90212-3801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    JUL 2 2 2011         Tiffany Salinas-Harwell

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc:, et al. | ) |
| | ) CV11-03619PJH |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cleanser Products
Ipasa Building, 3rd Floor
41st Street, Bella Vista District
Panama City
Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 2 2 2011          **Tiffany Salinas-Harwell**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )    Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| *Defendant* | )    **CV11-03619** |

**PJH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Counter Balance Enterprises Ltd.
GMM Grammy Place,
Suite B4, 15th Floor
50 Sukhumvit 21 Asoke Road Klongto
ey Nua
Bangkok, Wattana 101110
Thailand

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Tiffany Salinas-Harwell**

Date:    JUL 2 2 2011

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| Cyber2Media, Inc., et al. | ) | **C V 1 1 - 0 3 6 1 9** |
| | ) | |
| *Defendant* | ) | **PJH** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        FB Promotions, Freebie Promos
        2778 Board Street
        Austell, GA 30106

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
                               Perkins Coie LLP
                               3150 Porter Drive
                               Palo Alto, CA 94304-1212
                               (650) 838-4401

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   JUL 2 2 2011                   **Tiffany Salinas-Harwell**

                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| Cyber2Media, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.

# CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Mackrooner Ltd. Inc.
      Albrook Park, Tower 4, Apt. 306
      Albrook, Ancon District
      Panama City
      Panama

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
                                  Perkins Coie LLP
                                  3150 Porter Drive
                                  Palo Alto, CA 94304-1212
                                  (650) 838-4401

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    **JUL 2 2 2011**                    *Tiffany Salinas-Harwell*
_____              _____
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| _Defendant_ | ) |

**CV11-03619 PJH**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
          Newgate Services Ltd., Inc.
          Calle Las Magnolias
          Casa 248-B, Albrook
          Panama City
          Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Brian Hennessy, Esq.
          Perkins Coie LLP
          3150 Porter Drive
          Palo Alto, CA 94304-1212
          (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  JUL 2 2 2011 _____          Tiffany Salinas-Harwell _____
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

CV 11-03619

PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pioneer Enterprises Ltd.
> Box 2296
> St. Johns
> Antigua

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brian Hennessy, Esq.
> Perkins Coie LLP
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> (650) 838-4401

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___JUL 2 2 2011___

Tiffany Salinas-Harwell

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

**CV11-03619** **PJH**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Rabbit GoGo Media, LLC
> 2519 Briers North Dr.
> Atlanta, GA  30360

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL 2 2 2011 _____

**Tiffany Salinas-Harwell**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FACEBOOK, INC., a Delaware Corporation )
)
_____ )
*Plaintiff* )
)
v. ) Civil Action No.
)
Cyber2Media, Inc., et al. )
**CV11-03619 PJH**
_____ )
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SMTM Enterprises Ltd.
Calle Muir
PH Canal View, Torre A
APTO 4-A, Clayton
Panama City
Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___JUL 2 2 2011___     _____
                                          **Tiffany Salinas-Harwell**
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Cyber2Media, Inc., et al. | ) | |
| *Defendant* | ) | |

CV11-03619   PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

YourTick
Unit 1503 Island Beverley
Causeway Bay, NA 000000
Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL 2 2 2011

**Tiffany Salinas-Harwell**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

## C V 1 1 − 0 3 6 1 9 PJH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Zilt
> 17 Buchanan Gardens
> St. Leonards on Sea
> Hastings, East Sussex
> TN380GA
> United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brian Hennessy, Esq.
> Perkins Coie LLP
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: JUL 2 2 2011

Tiffany Salinas-Harwell

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )    Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
         Jacob Daniels
         1447 Bishop St.
         Lawrence, KS  66045

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
                                  Perkins Coie LLP
                                  3150 Porter Drive
                                  Palo Alto, CA 94304-1212
                                  (650) 838-4401

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            *CLERK OF COURT*

                                            **Tiffany Salinas-Harwell**

Date:   JUL 2 2 2011

                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Cyber2Media, Inc., et al. | ) |
| _Defendant_ | ) |

Civil Action No.

CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jerry Hui
Liabary Road 12
Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Tiffany Salinas-Harwell**

Date: _____ JUL 2 2 2011 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

C V 1 1 - 0 3 6 1 9   PJH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Ryan Johnson
38548 Oasis Road
Lindstrom, MN  55045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____ JUL 2 2 2011 _____

Tiffany Salinas-Harwell

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| *Plaintiff* | ) ) ) |
| v. | ) |
| Cyber2Media, Inc., et al. | ) ) |
| *Defendant* | ) ) |

Civil Action No.

## CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eric Jordan
829 Morningcreek Dr.
Kennesaw, GA  30152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tiffany Salinas-Harwell

Date:  _____ JUL 2 2 2011 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FACEBOOK, INC., a Delaware Corporation )
 )
_____ )
*Plaintiff* )
 )
v. ) Civil Action No.
 )
Cyber2Media, Inc., et al. )
 )
_____ )
*Defendant* )

## CV11-03619 PJH

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

         Karrie-Lee Karreman
         1917 West 4th Ave., Suite 279
         Vancouver, British Columbia
         Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
                      Perkins Coie LLP
                      3150 Porter Drive
                      Palo Alto, CA 94304-1212
                      (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tiffany Salinas-Harwell

Date:   JUL 2 2 2011
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

June Kimchi
1812-8100 Calle Coahuila
Tijuana BC 22100
Mexico

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JUL 2 2 2011

**Tiffany Salinas-Harwell**

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

**C V 1 1 - 0 3 6 1 9 PJH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Tim Meyers
        Fischertwiete 2-4
        Hamburg, 20095
        Germany

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
                                   Perkins Coie LLP
                                   3150 Porter Drive
                                   Palo Alto, CA 94304-1212
                                   (650) 838-4401

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

                                          Tiffany Salinas-Harwell

JUL 2 2 2011

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| Cyber2Media, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Ankit Pandey
        A-1000 Colony Mayur Vihar-3
        New Delhi, Delhi 110096
        India

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Hennessy, Esq.
                        Perkins Coie LLP
                        3150 Porter Drive
                        Palo Alto, CA 94304-1212
                        (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   JUL 2 2 2011

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FACEBOOK, INC., a Delaware Corporation

         *Plaintiff*

v.

Cyber2Media, Inc., et al.

         *Defendant*

)
)
)
)
)
)
)
)

Civil Action No.

**CV11-03619 PJH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        S. Pace
        4700 Nantucket Ct.
        Flower Mound, TX  75022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian Hennessy, Esq.
        Perkins Coie LLP
        3150 Porter Drive
        Palo Alto, CA 94304-1212
        (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Tiffany Salinas-Harwell**

Date:  JUL 2 2 2011

                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cyber2Media, Inc., et al. | ) |
| *Defendant* | ) |

Civil Action No.

CV11-03619 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Elise Petri
101-1001 W. Broadway, Suite 765
Vancouver, British Columbia  V6H-4E4
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL 2 2 2011  _____

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FACEBOOK, INC., a Delaware Corporation )
_____ )
*Plaintiff* )
v. )       Civil Action No.   **CV11-03619**
Cyber2Media, Inc., et al. )
_____ )              **PJH**
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
                    Mark Risi
                    390-8500 Leslie St.
                    Thornhill, Ontario  L3T 7M8
                    Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Brian Hennessy, Esq.
                    Perkins Coie LLP
                    3150 Porter Drive
                    Palo Alto, CA 94304-1212
                    (650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   JUL 2 2 2011
_____                    **Tiffany Salinas-Harwell**
                                            _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| FACEBOOK, INC., a Delaware Corporation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| Cyber2Media, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## CV11-03619 PJH

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Souza
13010 Morris Road, 6th Floor
Alpharetta, GA  30004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Tiffany Salinas-Harwell**

Date:  JUL 2 2 2011  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FACEBOOK, INC., a Delaware Corporation )
))
_Plaintiff_ )
)
v. ) Civil Action No.
)
Cyber2Media, Inc., et al. )
) CV11-03619
_Defendant_ )
) PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Suggs
1993 Kenwood Pl.
Smyrna, GA  30082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Hennessy, Esq.
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tiffany Salinas-Harwell

Date: _____ JUL 2 2 2011 _____            _____
                                              *Signature of Clerk or Deputy Clerk*