NEWMAN DU WORS LLP
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
100 Wilshire Boulevard, Suite 950
Santa Monica, California 90401
Telephone:   (310) 359-8200
Facsimile:    (310) 359-8190

Randall Moeller (*pro hac vice pending*)
randy@newmanlaw.com
1201 Third Avenue South, Suite 1600
Seattle, Washington  98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Defendants
Cyber2Media, Inc. and Daniel Negari

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBER2MEDIA, INC., et al.,<br><br>Defendants. | Case No. CV11-03619-PJH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1(a))** |

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1, Plaintiff Facebook, Inc. ("Facebook") and Defendant Cyber2Media, Inc. ("Cyber2Media") by and through their respective counsel, hereby stipulate and agree that the time for Cyber2Media to answer or otherwise respond to the Complaint be extended by 48 days, to and including October 10, 2011.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

1
STIPULATION RE EXTENSION OF TIME TO RESPOND - CV-11-P3619-PJH

Dated August 11, 2011.

Respectfully submitted,

NEWMAN DU WORS LLP

By: /s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, California 90401
derek@newmanlaw.com
Attorneys for Defendant Cyber2Media, Inc.

PERKINS COIE LLP

By: /s/ Brian Hennessy
Brian Hennessy, State Bar No. 226721
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025
BHennessy@perkinscoie.com
Attorneys for Plaintiff Facebook, Inc.

2
STIPULATION RE EXTENSION OF TIME TO RESPOND - CV-11-P3619-PJH