| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)* | FOR COURT USE ONLY |
|---|---|
| Perkins, Coie - Seattle<br>1201 3rd 40th Fl 40th Floor<br>Seattle, WA 98101<br>TELEPHONE NO 206 359-8000    FAX NO *(Optional)* 206 359-9000<br>EMAIL ADDRESS *(Optional)*<br>ATTORNEY FOR *(Name)* FACEBOOK, INC., A DELAWARE CORPORATION | |

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS |
| MAILING ADDRESS |
| CITY AND ZIP CODE |
| BRANCH NAME |

| PLAINTIFF/PETITIONER: FACEBOOK, INC., A DELAWARE CORPORATION | CASE NUMBER<br>CV11-03619 PJH |
|---|---|
| DEFENDANT/RESPONDENT: CYBER2MEDIA, INC., ET AL | |
| PROOF OF SERVICE OF SUMMONS | Ref No or File No |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*
   Letter; Summons in A Civil Action; Complaint; Civil Cover Sheet; Plaintiff Facebook, Inc.'s Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order for Cases Involving Sealed or Confidential Documents; Order Requiring Joint Case Management Statement and Appearance at Case Management Conference; Notice in Re: Electronic Filing in Cases with Unrepresented Parties; Adr Packet

3. a. Party served *(specify name of party as shown on documents served)*
      RABBIT GOGO MEDIA, LLC
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Mrs. Suggs, Spouse, A white female approx. 35-40 years of age 5'2"-5'4" in height weighing 120-140 lbs with dyed hair

4. Address where the party was served
      2519 BRIERS NORTH Drive, ATLANTA, GA 30360

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:    (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 8/2/2011  (2) at *(time)*: 7:37 PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Mrs. Suggs, Spouse, A white female approx. 35-40 years of age 5'2"-5'4" in height weighing 120-140 lbs with dyed hair
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20) I mailed the documents on *(date)*:    from *(city)*:    or [X] a declaration of mailing is attached
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev January 1 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

Order No 6962348 SEA




| PLAINTIFF/PETITIONER: FACEBOOK, INC., A DELAWARE CORPORATION | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: CYBER2MEDIA, INC., ET AL | CV11-03619 PJH |

   c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date)*:      (2) from *(city)*:
      (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
      (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

      [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: **RABBIT GOGO MEDIA, LLC**
      under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)              [ ] 415.46 (occupant)
                                                                   [ ] other

7. **Person who served papers**
   a. Name:                     HOLLIS J HILL
   b. Address:                P.O. BOX 533, Conyers, GA 30012
   c. Telephone number:     770-679-1507
   d. The fee for service was:  $180.00
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
          (i) [ ] owner  [ ] employee  [ ] independent contractor
          (ii) [ ] Registration No.:
          (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 8/3/2011

HOLLIS J HILL                                                    (signature)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]



**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2
Order No. 6962348 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Perkins, Coie - Seattle<br>1201 3rd 40th Fl 40th Floor<br>Seattle, WA 98101<br>TELEPHONE NO: 206 359-8000  FAX NO (Optional): 206 359-9000<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): FACEBOOK, INC., A DELAWARE CORPORATION | |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: FACEBOOK, INC., A DELAWARE CORPORATION | CASE NUMBER:<br>CV11-03619 PJH |
|---|---|
| DEFENDANT/RESPONDENT: CYBER2MEDIA, INC., ET AL | |
| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No. |

Party to Serve:
RABBIT GOGO MEDIA, LLC

Documents:
Letter; Summons in A Civil Action; Complaint; Civil Cover Sheet; Plaintiff Facebook, Inc.'s Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order for Cases Involving Sealed or Confidential Documents; Order Requiring Joint Case Management Statement and Appearance at Case Management Conference; Notice in Re: Electronic Filing in Cases with Unrepresented Parties; Adr Packet

Service Address:
2519 BRIERS NORTH Drive, ATLANTA, GA 30360

I declare the following attempts were made to effect service by personal delivery:
8/2/2011 2:15 PM: No Answer at the door, lights on inside, noises inside, movement inside, two cars in driveway.

Person who served papers:
HOLLIS J HILL
P.O. BOX 533, Conyers, GA 30012
770-679-1507

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/3/2011

HOLLIS J HILL
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)



Order No. 6962348 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*<br>**Perkins, Coie - Seattle**<br>**1201 3rd 40th Fl 40th Floor**<br>**Seattle, WA 98101**<br>    TELEPHONE NO **206 359-8000**    FAX NO *(Optional)* **206 359-9000**<br>    EMAIL ADDRESS *(Optional)*<br>    ATTORNEY FOR *(Name)*    **FACEBOOK, INC., A DELAWARE CORPORATION** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br>    STREET ADDRESS<br>    MAILING ADDRESS<br>    CITY AND ZIP CODE<br>    BRANCH NAME | |
| PLAINTIFF/PETITIONER    **FACEBOOK, INC., A DELAWARE CORPORATION** | CASE NUMBER<br>**CV11-03619 PJH** |
| DEFENDANT/RESPONDENT    **CYBER2MEDIA, INC., ET AL** | |
| **DECLARATION OF MAILING** | Ref No or File No |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St., Sacramento, CA 95814

That on **August 3rd, 2011**, after substituted service was made, I mailed the following documents: **Letter; Summons in A Civil Action; Complaint; Civil Cover Sheet; Plaintiff Facebook, Inc.'s Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order for Cases Involving Sealed or Confidential Documents; Order Requiring Joint Case Management Statement and Appearance at Case Management Conference; Notice in Re: Electronic Filing in Cases with Unrepresented Parties; Adr Packet** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA**.

That I addressed the envelope as follows:

**RABBIT GOGO MEDIA, LLC**
**2519 BRIERS NORTH Drive**
**ATLANTA, GA 30360**

BY FAX

That I declare under penalty of perjury of the state of California that the foregoing is true and correct

That I executed this declaration on **August 3rd, 2011** at Sacramento, CA.

_____
Declarant    Russell Duane



Order No. 6962348 SEA