# Exhibit A

## ADDITIONAL NAMED DEFENDANTS

## (FIRST AMENDED COMPLAINT)

|  | DEFENDANT | ADDRESS | DOMAIN(S) |
|---|---|---|---|
| 1. | Centriz.com | P.O. Box 71826, KCPO<br>Central Hong Kong 00000<br>Hong Kong<br>2@2220.com | Facebookfever.com |
| 2. | Cleanser Products | Ipasa Building, 3rd Floor<br>41st Street, Bella Vista District<br>Panama City<br>Panamá<br>cleanserproducts@gmail.com | Socialrewardsurvey.com |
|  |  |  | Socialrewardcenter.com |
|  |  |  | Socialrewardpanel.com |
|  |  |  | Socialsurvey2011.com |
|  |  |  | Social.worldrewardcenter.com |
| 3. | Counter Balance Enterprises Ltd. | GMM Grammy Place,<br>Suite B4 15th Floor<br>50 Sukhumvit 21 Asoke Road<br>Klongtoey Nua<br>Bangkok, Wattana  101110<br>Thailand<br>counterbalanceltd@gmail.com<br>counter14@ymail.com | Facebobk.com |
|  |  |  | Facemook.com |
| 4. | FB Promotions/<br>Freebie Promos | 2778 Broad Street<br>Austell, GA  30106<br>United States | Facebooik.com |
|  |  |  | Facebgook.com |
|  |  |  | Faceboak.com |
|  |  |  | Faceboop.com |
|  |  |  | Facecbook.com |
|  |  |  | Fbpromotions.com |
|  |  |  | Wwwfacbeok.com |
|  |  |  | Wwwfaccbook.com |
|  |  |  | Wwwfacceook.com |
|  |  |  | Wwwfaceb0ok.com |
|  |  |  | Wwwfaceboobs.com |

| | | | |
|---|---|---|---|
| | | | Wwwfacebooi.com |
| | | | Wwwfaceboor.com |
| | | | Wwwfacecbook.com |
| | | | Wwwfacefook.com |
| | | | Wwwfacelook.com |
| 5. | Gilend API | P.O. Box 7755<br>Tempe, AZ  85281<br>support@xstreamhost.com | Complimentarygiftcards.com |
| 6. | Intercontinental Domain, Inc. | P.O. Box I 4052<br>The Valley<br>Anguilla<br><br>Executive Cooperate Services<br>Mason Complex<br>The Valley<br>Anguilla<br>domainadmin@icdomainsinc.com | Eacebook.com |
| | | | Facebooko.com |
| | | | Facebooj.com |
| | | | Facvebook.com |
| | | | Fadebook.com |
| | | | Faxebook.com |
| | | | Fqacebook.com |
| | | | Fqcebook.com |
| | | | Lfacebook.com |
| | | | Rfacebook.com |
| | | | Yoursurveyspot.com |
| 7. | Mackrooner Ltd. Inc. | Albrook Park, Tower 4, Apt. 306<br>Albrook, Ancon District<br>Panama City<br>Panamá<br>mackroonerltd@gmail.com | Ffacebook.com* |

| 8. | Newgate Services Ltd. Inc./SMTM Enterprises Ltd. | Calle Las Magnolias Casa 248-B, Albrook Panama City Panamá<br><br>Calle Muir PH Canal View, Torre A APTO 4-A, Clayton Panama City Panamá mbjvmanagement@gmail.com | Faasbook.com |
|---|---|---|---|
| | | | Faboock.com* |
| | | | Facbnook.com |
| | | | Faceboobok.com* |
| | | | Facbookl.com |
| | | | Facboox.com |
| | | | Faccebuk.com |
| | | | Faceabok.com |
| | | | Facebboc.com |
| | | | Facebnbook.com |
| | | | Facebocke.com |
| | | | Facebof.com |
| | | | Facebokbook.com* |
| | | | Faceboobok.com |
| | | | Facebookck.com |
| | | | Facebookforteens.com |
| | | | Facebookloging.com |
| | | | Facebookloin.com |
| | | | Facebooknew.com |
| | | | Facebooktrucos.com |
| | | | Facebookwelcome.com |
| | | | Faceboooik.com |
| | | | Faceboooks.com |
| | | | Faceebot.com |
| | | | Facesbooc.com |
| | | | Facewebook.com |
| | | | Faeccbook.com |
| | | | Faesebook.com |

|   |   |   | Faicbooc.com |
|---|---|---|---|
|   |   |   | Fasceboo.com |
|   |   |   | Faseboox.com |
|   |   |   | Faycbok.com |
|   |   |   | Fcaebbok.com |
|   |   |   | Fcaebbok.com* |
|   |   |   | Fcfacebook.com |
|   |   |   | Feacboo.com |
|   |   |   | Feacbooke.com |
|   |   |   | Fecbbok.com |
|   |   |   | Feook.com |
|   |   |   | Ferabook.com |
|   |   |   | Fescebook.com |
|   |   |   | Ficeboock.com |
|   |   |   | Thefacebookl.com |
|   |   |   | Www-facbook.com |
|   |   |   | Wwwfacebppk.com |
|   |   |   | Wwwfcaebook.com |
|   |   |   | Wwwfeibook.com |
|   |   |   | Wwwrfacebook.com* |
| 9. | Pioneer Enterprises Ltd. | P.O Box 2296 St. Johns Antigua pioneerenterprisesltd@gmail.com pioneer3@gmx.com | Dacebook.com |
|   |   |   | Facebokook.com |
|   |   |   | Faceboocklogin.com |
|   |   |   | Faacebok.com* |
|   |   |   | Facebookfreezer.com |
|   |   |   | Facebool.com* |
|   |   |   | Facegbook.com |
|   |   |   | Gfacebook.com |
|   |   |   | Zh-facebook.com |

| 10. | PPX.com | 372 Richmond Street West, Suite 111 Toronto, Ontario M5V 1X6 Canada sales@ppx.com | 1939.com |
| | | | Facebooki.com* |
| | | | Www-facebook.com* |
| 11. | PriceMac Consultancy | Suite 15A, 93 Des Voeux Road West Shueng Wan, NA 00000 Hong Kong pricemac@gmail.com | Wwwfaeebook.com |
| 12. | Rabbit GoGo Media, LLC | 2519 Briers North Drive Atlanta, GA  30360 United States | Facetook.com |
| 13. | Stormwest Corp. | 120 N. Robinson Avenue, 28th Floor Oklahoma City, OK  73102 United States britt@stormwest.com | Surveyrewards2011.info |
| 14. | Tomato, Inc. | 333 North Canal Chicago, IL  60606 United States tom_mou@hotmail.com tabasco.cow@gmail.com | Faceboob.com |
| 15. | Xeng Holdings | 50 F, Tencent Building Kejinanyi Avenue, Southern District Shenzhen, Guangdong 518058 China chenggongxin@gmail.com | Facrebook.com |
| | | | Faceboobk.com |
| 16. | YourTick | Unit 1503 Island Beverley Causeway Bay, NA 000000 Hong Kong domaincontroller@yourtick.com kwokwing@hotmail.com.tw | Wwwfacebookde.com |
| 17. | Zilt | 17 Buchanan Gardens St. Leonards on Sea Hastings, East Sussex TN38 0GA United Kingdom robert_jones1000@yahoo.com | Facebook-birthday.com |

| 18. | Paul Baker | 4 Stuart Road<br>Wimbledon Park<br>London SW19 8DH<br>United Kingdom<br>paulbakerboo@yahoo.co.uk | Facebokcasino.com |
|---|---|---|---|
| 19. | Matt Barlow | 110 Mapleridge Drive<br>Vaughn, Ontario M4T5T5<br>Canada<br>mattbarlow8@gmail.com | Faeebook.com |
| 20. | Bharat | E-1/5<br>New Delhi, Delhi 110001<br>India<br>admin.ourl@gmail.com | Faccebooklogin.com |
| | | | Facebookloggin.com |
| | | | Facebooklogiin.com |
| | | | Facebookloogin.com |
| | | | Com-asp.com |
| 21. | Reggie Bush | 1501 E Grand Avenue<br>Escondido, CA  92027<br>United States<br>yoshineman@gmail.com | Faceboik.com |
| | | | Facebolk.com |
| | | | Facebopk.com |
| 22. | Uwe Dachmann | Ahornweg 13<br>Hamminkeln, Nordrhein-Westfalen 46499<br>Germany<br>uwedachmann@aol.com | Facebookde.com |
| 23. | Sam Dennis | 135 Tavistock Square<br>Oakville, Ontario L6K 2V1<br>Canada<br>sales@ppx.com | 1939.com |
| | | | Facebooki.com* |
| | | | Www-facebook.com* |
| 24. | Xiang Wang Duan | Mei Li AAA Building, No. 705<br>Long Hua Avenue<br>Shenzhen, Guangdong 518000<br>China<br>duanxiangwang@163.com | Faceboos.com |
| 25. | Gregory Henshaw | 212 St. Paul's Street<br>London EC1V 4PY<br>United Kingdom<br>gregory.henshaw@gmail.com | Facebook--ads--manager.info |

| 26. | Su Fen Huang | 180 Chang Yie Road<br>Zhuhai, Guangdong  519000<br>China<br>chundayi@qq.com | Facebookat.com |
|---|---|---|---|
| 27. | Zhi Bing Huang | Nan Xi, Da An<br>Lufeng, Guangdong 515632<br>China<br>wangwangfenfen@163.com | Chatfacebook.com |
| 28. | Jerry Hui | Liabary Road 12<br>Hong Kong<br>jerryhui0212@hotmail.com | Facebobook.com<br><br>Faxcebook.com |
| 29. | Eric Jordan | 829 Morningcreek Dr.<br>Kennesaw, GA  30152<br>United States | Acebooil.com<br>Acebolk.com<br>Afceboolk.com<br>Appsfaceboik.com<br>Appsfacebok.com<br>Dacecbook.com<br>Facbeoolk.com<br>Facceboolk.com<br>Facdbool.com<br>Faceb00l.com<br>Facebbokgames.com<br>Facebllp.com<br>Faceboiki.com<br>Facebooik.org<br>Facebooil.com<br>Facebool.info<br>Faceboolgroups.com<br>Faceboolo.com<br>Faceboolp.com<br>Faceboolpk.com |

| | | | |
|---|---|---|---|
| | | | Facebooof.com |
| | | | Facebookboys.com |
| | | | Faceboookgroups.com |
| | | | Facebooklinker.com |
| | | | Facebookloginfarmville.biz |
| | | | Facebookloginfarmville.com |
| | | | Facebookloginfarmville.me |
| | | | Facebookloginfarmville.mobi |
| | | | Facebookloginfarmville.net |
| | | | Facebookloginfarmville.org |
| | | | Facebookloginfarmville.info |
| | | | Facebookloginfarmville.us |
| | | | Facebookmafiacheats.com |
| | | | Facebookmafiagame.com |
| | | | Facebookpetvillegame.com |
| | | | Facebookpetvillelogin.com |
| | | | Facebooksight.com |
| | | | Facebookskirts.com |
| | | | Facebookupload.com |
| | | | Facebookmob.com |
| | | | Facebookmobwars.com |
| | | | Facebooon.com |
| | | | Facebooor.com |
| | | | Faceboopk.com |
| | | | Faceboopl.com |
| | | | Facebooplk.com |
| | | | Faceboup.com |
| | | | Facecbbok.com |
| | | | Facecboik.com |
| | | | Facebooik.co |

| | | | Facecbook.info |
|---|---|---|---|
| | | | Facecboook.com |
| | | | Facecnook.com |
| | | | Facedbooik.com |
| | | | Facedbool.com |
| | | | Facedboolk.com |
| | | | Faceebolk.com |
| | | | Facegok.com |
| | | | Facehiik.com |
| | | | Faceniik.com |
| | | | Facenooil.com |
| | | | Faceobk.com |
| | | | Faeboolk.com |
| | | | Faecboolk.com |
| | | | Fascenook.com |
| | | | Faveboak.com |
| | | | Favebooik.com |
| | | | Facenool.com |
| | | | Favenoook.com |
| | | | Faxcebool.com |
| | | | Faxcenooil.com |
| | | | Faxcenook.com |
| | | | Faxcenool.com |
| | | | Faxeboool.com |
| | | | Faxehook.com |
| | | | Faxenppl.com |
| | | | Faxrbook.com |
| | | | Fbooik.com |
| | | | Fboook.com |
| | | | Fcaeboolk.com |

|  |  |  | Fcebbol.com |
|---|---|---|---|
|  |  |  | Fceboool.com |
|  |  |  | Fdacebook.info |
|  |  |  | Feacbooik.com |
|  |  |  | Ffacebool.com |
|  |  |  | Fqcebok.com |
|  |  |  | Fracebookl.com |
|  |  |  | Fscenook.com |
|  |  |  | Hotfacebookboys.com |
|  |  |  | Myfacbok.com |
|  |  |  | Myfacebookl.com |
|  |  |  | Newfaceboik.com |
|  |  |  | Newfacebooik.com |
|  |  |  | Viewfacebookpics.com |
|  |  |  | Wwdacebook.com |
|  |  |  | Wwfacebiik.com |
|  |  |  | Wwfacebool.com |
|  |  |  | Wwfaceboook.com |
|  |  |  | Wwfacenook.com |
|  |  |  | Wwfavebook.com |
|  |  |  | Wwwfaceboil.com |
|  |  |  | Wwwfaceboollogin.com |
|  |  |  | Wwwfacehook.com |
|  |  |  | Wwwfavenook.com |
|  |  |  | Wwwgacebooklogin.com |
|  |  |  | Wwwvacebook.com |
| 30. | Karrie-Lee Karreman | 1917 West 4th Avenue, Suite 279 Vancouver, British Columbia V6J-1M7 Canada directsurveysol@yahoo.ca | Yourfacebooksurvey.com |

| 31. | June Kimchi | 1812-8100 Calle Coahuila<br>Tijuana BC 22100<br>Mexico<br>junekimchi@gmail.com | Faecbook.com |
| | | | Facevook.com |
| 32. | Louis Krasenics | 11 Waverly Place<br>Apartment 11K<br>New York, NY  10003<br>United States | Faceqbook.com |
| 33. | Yue Li | Weiyejiayuan 20-2-602<br>Liangxiang, Fangshan<br>Beijing 102401<br>China<br>yue.li@cantab.net | Facaebook.com |
| 34. | Bob Macaron | 62 Street Khagani<br>Baku, Baku 1010<br>Azerbaijan<br>bobmac@veryfast.biz | Faceboojk.com |
| 35. | Tim Meyers | Fischertwiete 2-4<br>Hamburg, 20095<br>Germany<br>tyr.meyer@googlemail.com | Faceboook.de |
| 36. | Ankit Pandey | A-1000 Colony Mayur Vihar-3<br>New Delhi, Delhi 110096<br>India<br>freelancersrealm@gmail.com | Facebookpeople.info |
| | | | Betafacebook.info |
| | | | Fbchat.info |
| | | | Facebookgirl.info |
| | | | Photosonfacebook.info |
| 37. | Stanley Lorin Pace | 4700 Nantucket Ct.<br>Flower Mound, TX  75022<br>United States | Facebookbook.com |
| | | | Facebock.com |
| 38. | Elise Petri | 101-1001 W. Broadway, Suite 765<br>Vancouver, British Columbia<br>V6H-4E4<br>Canada<br>support@<br>consumersrewardsolutions.com | Consumersrewardsolutions.com |

| 39. | Mark Risi | 390-8500 Leslie St.<br>Thornhill, Ontario L3T 7M8<br>Canada | Facebookcoim.com |
| --- | --- | --- | --- |
| | | | Facebiil.com |
| | | | Freefacebookads.net |
| | | | Freefacebookads.org |
| | | | Fbcash2.net |
| | | | Fbcash2.org |
| 40. | N.A. Sanjay | Bhubaneswar<br>Orissa, 751009<br>India<br>sanjay0672@rediffmail.com | Facebocks.com |
| 41. | Wang Shaopeng | Level 15, Tower 2, No. 1<br>Zhong Xin Si Road<br>Shenzhen, Futian 518048<br>China<br>wang@fastmail.fm | Facebookcredets.com |
| | | | Facebookkcredits.com |
| 42. | John Souza | 13010 Morris Road, 6th Floor<br>Alpharetta, GA  30004<br>United States | Facebookmarketingforresults.com |
| 43. | Michael Suggs | 1993 Kenwood Pl.<br>Smyrna, GA  30082<br>United States | Afcbook.com |
| | | | De-defacebook.com |
| | | | Dfacecbook.com |
| | | | Facbeok.com |
| | | | Faccebookk.com |
| | | | Facebkkk.com |
| | | | Facebooich.com |
| | | | Facebooick.com |
| | | | Facebooiik.com |
| | | | Faceboom.com |
| | | | Facebpk.com |
| | | | Facelbook.com |
| | | | Facnbook.com |
| | | | Fbacebook.com |

| | | | Fcebookk.com |
|---|---|---|---|
| | | | Fecabo.com |
| | | | Fecebool.com |
| | | | Feceboox.com |
| | | | Fgacebook.com |
| | | | Fsacebok.com |
| | | | Com-lucky-winner.com |
| | | | Com-prize-winner.com |
| | | | Com-random-winner.com |
| | | | Com-todays-winner.com |
| | | | Com-winning-survey.com |

**Note:** After this lawsuit was filed, all domain names accompanied by an asterisk (*) were transferred to Facebook, Inc. in a manner that prevented Facebook from learning the identities of the individuals or corporations who owned the domain names during the relevant period. Facebook therefore continues to seek the identities of the entities or individuals who used the domain names to infringe its rights.