Ryan Spear, Wash. Bar No. 39974 (pro hac vice)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Brian Hennessy, State Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br>CYBER2MEDIA, INC., et al.,<br>Defendants. | Case No. 4:11-cv-03619-PJH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br>AND RELATED DATES** |

1    WHEREAS, on July 22, 2011, Facebook, Inc. ("Facebook") filed its original complaint ("Complaint") against Defendants Cyber2Media, Inc., Daniel Negari, and several other Defendants for various causes of action arising from the registration and use of typosquatter domain names that targeted Facebook's trademarks and directed users to websites that Facebook alleges also violated its rights. Dkt. 1;

WHEREAS, Facebook filed its First Amended Complaint ("FAC") on December 12, 2011, which added several new Defendants and allegations discovered as a result of further investigation. Dkt. 36;

WHEREAS, Facebook represents that despite its diligent efforts, it has not yet been able to locate and serve many Defendants;

WHEREAS, Facebook intends to file a Motion for Alternate Service to serve those Defendants by email within the next 10 days;

WHEREAS, the parties have not previously sought a continuance of the Initial Case Management Conference, but the date has been continued once by the Court;

WHEREAS, the Initial Case Management Conference is currently scheduled for January 5, 2012. Dkt. 16; and

WHEREAS, for the convenience of the Court and in the interest of efficiency, the parties have stipulated to continue the Initial Case Management Conference currently scheduled for January 5, 2012 to allow time for the Court to consider Facebook's Motion for Alternate Service, for Facebook to serve the remaining Defendants, and for the parties to continue efforts at early resolution of this case.

Now therefore, the parties, through the undersigned counsel, hereby stipulate and agree as follows:

(1) The Initial Case Management Conference previously scheduled for January 5, 2012 will be continued for 90 days and rescheduled to [April 5, 2012], ~~or on~~ _____.

(2) The Joint Case Management Statement is due seven calendar days before the Initial Case Management Conference.

1     (3) The parties will hold their Federal Rule of Civil Procedure ("Rule") 26(f) Conference on or before January 5, 2011.

    (4) The parties will file their Rule 26(f) Report and serve their initial disclosures fourteen calendar days after their Rule 26(f) Conference.

**IT IS SO STIPULATED.**

DATED: December 27, 2011      **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
Facebook, Inc.

DATED: December 27, 2011      **NEWMAN DU WORS LLP**

By: /s/ Derek Newman
    Derek A. Newman, Bar No. 190467
    derek@newmanlaw.com

Attorneys for defendants Daniel Negari and Cyber2Media, Inc.

DATED: December 27, 2011      **MICHAEL SUGGS AKA TIMOTHY SUGGS**

By: /s/ Michael Suggs
    *Pro se* litigant

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 27, 2011 | **ERIC JORDAN** |
| 3 | | By: /s/ Eric Jordan |
| 4 | | *Pro se* litigant |

DATED: December 27, 2011     **KRONENBERGER ROSENFELD, LLP**

By: /s/ Virginia Sanderson
Virginia Sanderson, Bar No. 240241
Ginny@KRInternetLaw.com

Attorneys for defendant Stanley L. Pace

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 27, 2011     **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
Facebook, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/3/12

_____
Honorable Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

4
CASE NO. 4:11-cv-03619-PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
60406-0005/LEGAL22379630.1
60406-0005/LEGAL22385956.1