UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | Case No.: C-11-03619-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| CYBER2MEDIA, INC. *et al.*, | |
| Defendant(s). | |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to occur by | June 29, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | September 30, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: August 31, 2012 |
| | Rebuttal: September 14, 2012 |
| EXPERT DISCOVERY CUTOFF: | October 1, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | December 3, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 21, 2012 |
| PRETRIAL CONFERENCE: | Friday, January 11, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, January 28, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 10 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 8, 2012

_____
Y<small>VONNE</small> G<small>ONZALEZ</small> R<small>OGERS</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>