**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CYBER2MEDIA, INC. *et al.*, <br><br> Defendants. | Case No.: C-11-3619 YGR <br><br> **ORDER TO SHOW CAUSE; AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the status of service on the Defendants shall be held on Friday, February 24, 2012, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

By no later than Friday, February 17, 2012, Plaintiff shall show cause why the Defendants who have not been served should not be dismissed for failure to serve within 120-days of filing the complaint. Plaintiff shall file a chart, similar in format to the charts attached to the First Amended Complaint as Exhibits A and B, which identifies each Defendant and the status of service on that Defendant. The chart should also include the following information:

(1) For each Defendant that has not been served,
    a) the efforts made to locate and serve the Defendant and why the those efforts have not been successful, and
    b) how and when Plaintiff plans to complete service.

(2) For each Defendant that has been served but has failed to plead or otherwise defend,

a) whether Plaintiff has moved for entry of default and whether default has been entered, or

b) if Plaintiff has not moved for entry of default, why?

**IT IS SO ORDERED.**

February 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**