1  Ryan Spear, WSBA No. 39974 (*pro hac vice*)
   RSpear@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue
3  Suite 4800
   Seattle, WA  98101-3099
4  Telephone: 206.359.8000
   Facsimile: 206.359.9000
5
   Brian P. Hennessy, Bar No. 226721
6  BHennessy@perkinscoie.com
   PERKINS COIE LLP
7  3150 Porter Drive
   Palo Alto, CA  94304-1212
8  Telephone:  650.838.4300
   Facsimile:  650.838.4350
9
   Attorneys for Facebook, Inc.
10

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14
   FACEBOOK, INC., a Delaware                Case No. 4:11-cv-03619-YGR
15 corporation,
                                             **NOTICE OF VOLUNTARY DISMISSAL**
16                Plaintiff,
                                             Federal Rule of Civil Procedure 41(a)(1)
17       v.

18 CYBER2MEDIA, INC., et al.,

19                Defendants.

20
         Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Facebook, Inc. voluntarily
21
   dismisses without prejudice the following defendants, none of whom has filed an answer or a
22
   motion for summary judgment:
23
         1.    Matt Barlow
24
         2.    Bharat
25
         3.    Centriz.com
26
         4.    Uwe Dachmann
27
         5.    Xiang Wang Duan
28

   60406-0005/LEGAL22793063.1         -1-          NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | 6. | Su Fen Huang |
| 2 | 7. | Zhi Bing Huang |
| 3 | 8. | Jerry Hui |
| 4 | 9. | June Kimchi |
| 5 | 10. | Yue Li |
| 6 | 11. | Bob Macaron |
| 7 | 12. | Tim Meyers |
| 8 | 13. | Ankit Pandey |
| 9 | 14. | PriceMac Consultancy |
| 10 | 15. | N.A. Sanjay |
| 11 | 16. | Wang Shaopeng |
| 12 | 17. | Xeng Holdings |
| 13 | 18. | Zilt |

Dated: February 14, 2012

**PERKINS COIE LLP**

By: /s/ Ryan Spear
    Ryan Spear, WSBA No. 39974
    (*pro hac vice*)
    RSpear@perkinscoie.com

Attorneys for Facebook, Inc.