# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CYBER2MEDIA, INC. *et al.*, <br><br> Defendants. | Case No.: C-11-3619 YGR <br><br> **ORDER ENTERING TENTATIVE RULING ON MOTION TO DISMISS AS ORDER OF COURT** |

1. Pursuant to the parties' stipulation, the Court's Tentative Ruling Granting in Part and Denying in Part Defendant Pace's Motion to Dismiss the First Amended Complaint, ECF No. 64, shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendant Stanley Lorin Pace's Motion to Dismiss the First Amended Complaint, ECF No. 42, is GRANTED IN PART and DENIED IN PART.

2. Plaintiff shall have 28-days from the date of entry of this Order to file a second amended complaint.

3. Any response to the second amended complaint must be filed within 14-days after service.

4. The February 21, 2012 hearing on the motion to dismiss is VACATED.

**IT IS SO ORDERED.**

February 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**