**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CYBER2MEDIA, INC. *et al.*, <br><br> Defendants. | Case No.: C-11-3619 YGR <br><br> **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

On February 13, 2012, the Court issued an Order to Show Cause. ECF No. 59. The Plaintiff provided a timely written response to the Order. Having reviewed and considered the written response, the Court is satisfied with the party's submission, and accordingly, VACATES the hearing. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

February 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**