1  Ryan Spear, WSBA No. 39974 (*pro hac vice*)
   RSpear@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA 98109
   Telephone: 206.359.8000
4  Facsimile: 206.359.9000

5  Brian P. Hennessy, Bar No. 226721
   BHennessy@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA  94304-1212
   Telephone: 650.838.4300
8  Facsimile: 650.838.4350

9  Attorneys for Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FACEBOOK, INC., a Delaware corporation, | Case No. 4:11-cv-03619-YGR |
|---|---|
| Plaintiff, | [**PROPOSED**] ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| BANANA ADS LLC, *et al.*, | |
| Defendants. | |

Upon consideration of the Stipulation and [Proposed] Order Continuing Settlement Conference submitted by plaintiff Facebook, Inc. and defendant Stanley L. Pace (collectively, the "Parties"), it is hereby

ORDERED that the Parties' settlement conference, currently scheduled for July 25, 2012, is hereby continued to [August 27, 2012] [August 29, 2012] [August 30, 2012]. at 9:30 a.m. The Settlement Conference Order issued on June 29, 2012 remains in affect.

DATED: July 6 , 2012        By: /s/ Laurel Beeler
                                 Laurel Beeler
                                 United States Magistrate Judge

60406-0005/LEGAL24067727.1           -1-            [PROPOSED] ORDER
                                                    Case No. 4:11-cv-03619-YGR