**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
Alison B. Kwan (Bar No. 267884)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
alison@KRInternetLaw.com

Attorneys for Defendant
Stanley Lorin Pace



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **FACEBOOK, INC.,** a Delaware corporation, <br><br>   Plaintiff, <br><br> vs. <br><br> **BANANA ADS LLC,** *et al.* <br><br>   Defendants. | Case No. 4:11-cv-03619-YGR (LB) <br><br> **STIPULATION CONTINUING SETTLEMENT DEADLINE** |

Case No. 4:11-cv-03619-YGR (LB)                    **STIPULATION CONTINUING SETTLEMENT DEADLINE**

1    WHEREAS, on August 27, 2012, Plaintiff Facebook, Inc. ("Facebook") and
2 Defendant Stanley Lorin Pace ("Pace") (collectively, the "Parties") participated in a
3 mandatory settlement conference before United States Magistrate Judge Laurel Beeler;

4    WHEREAS, the Parties reached agreement on the material terms of a settlement
5 agreement at the settlement conference;

6    WHEREAS, Magistrate Judge Beeler ordered the Parties to finalize all terms of
7 the settlement agreement and submit dismissal documents within three weeks, *see* Dkt.
8 128;

9    WEHREAS, the Parties have previously stipulated to continue the date by which
10 the Parties were to finalize all terms of the settlement agreement and submit dismissal
11 documents to October 15, 2012;

12   WHEREAS, the Parties have been diligently negotiating the remaining terms of a
13 mutually agreeable settlement agreement and are close to finalizing the agreement;

14   WHEREAS, the Parties agree that they require additional time to negotiate a few
15 remaining details in order to finalize the settlement agreement;

16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Case No. 4:11-cv-03619-YGR (LB)   1   **STIPULATION CONTINUING SETTLEMENT DEADLINE**

1 WHEREAS, IT IS HEREBY STIPULATED AND AGREED by and between
2 Facebook and Pace, through their counsel of record, that the deadline to finalize the
3 settlement agreement and submit dismissal documents is November 9, 2012.

**IT IS SO STIPULATED.**

DATED: October 12, 2012           KRONENBERGER ROSENFELD, LLP

By:   s/Alison B. Kwan
       Alison B. Kwan

Attorneys for Defendant
Stanley Lorin Pace

DATED: October 12, 2012           PERKINS COIE LLP

By:   s/Ryan Spear
       Ryan Spear

Attorneys for Plaintiff
Facebook, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Respectfully Submitted,

DATED: October 12, 2012                    KRONENBERGER ROSENFELD, LLP


By:   s/Alison B. Kwan
      Alison B. Kwan

Attorneys for Defendant
Stanley Lorin Pace

