**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
Alison B. Kwan (Bar No. 267884)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
alison@KRInternetLaw.com

Attorneys for Defendant
Stanley Lorin Pace

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **FACEBOOK, INC.,** a Delaware corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>**BANANA ADS LLC,** *et al.*<br><br>         Defendants. | Case No. 4:11-cv-03619-YGR (LB)<br><br>**JOINT NOTICE OF SETTLEMENT** |

Case No. 4:11-cv-03619-YGR (LB)                    **JOINT NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Facebook, Inc. ("Facebook") and Defendant Stanley Lorin Pace ("Pace") hereby inform the Court that they have finalized a settlement agreement in this matter. Facebook and Pace anticipate filing a Notice of Dismissal by December 10, 2012.

Respectfully submitted,

DATED: October 29, 2012      KRONENBERGER ROSENFELD, LLP

By:   s/Alison B. Kwan
      Alison B. Kwan

Attorneys for Defendant
Stanley Lorin Pace

DATED: October 29, 2012      PERKINS COIE LLP

By:   s/Ryan Spear
      Ryan Spear

Attorneys for Plaintiff
Facebook, Inc.

Case No. 4:11-cv-03619-YGR (LB)    1    **JOINT NOTICE OF SETTLEMENT**