1  Ryan Spear, WSBA No. 39974 (*pro hac vice*)
   RSpear@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA 98109
   Telephone: 206.359.8000
4  Facsimile: 206.359.9000

5  Brian P. Hennessy, Bar No. 226721
   BHennessy@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA  94304-1212
   Telephone: 650.838.4300
8  Facsimile: 650.838.4350

9  Attorneys for Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FACEBOOK, INC., a Delaware corporation,<br><br>                           Plaintiff,<br><br>     v.<br><br>BANANA ADS LLC, *et al*.,<br><br>                           Defendants. | Case No. 4:11-cv-03619-YGR (LB) (KW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATED REQUEST OF PLAINTIFF FACEBOOK, INC. AND DEFENDANT STANLEY LORIN PACE TO DISMISS STANLEY LORIN PACE** |
|---|---|

WHEREAS plaintiff Facebook, Inc. ("Facebook") and defendant Stanley Lorin Pace ("Pace") have settled the claims between them on mutually agreeable terms,

NOW THEREFORE, Facebook and Pace hereby stipulate and agree that Pace should be dismissed from this matter with prejudice.

IT IS SO STIPULATED.

DATED: December 10, 2012          **PERKINS COIE LLP**

By: /s/ Ryan Spear
Ryan Spear, WSBA No. 39974
(*pro hac vice*)
RSpear@perkinscoie.com

*Attorneys for Facebook, Inc.*

DATED: December 10, 2012          **KRONENBERGER ROSENFELD, LLP**

By: /s/ Alison Kwan
Alison Kwan, Bar No. 267884
AKwan@KRInternetLaw.com

*Attorneys for Stanley Lorin Pace*

In accordance with Northern District of California General Order 45, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: December 10, 2012          **PERKINS COIE LLP**

By: /s/ Ryan Spear
Ryan Spear, WSBA No. 39974
(*pro hac vice*)
RSpear@perkinscoie.com

*Attorneys for Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This Order Terminates Docket Number 161.

DATED:      December 13, 2012          BY: /s/ Yvonne Gonzalez Rogers
Yvonne Gonzalez Rogers
United States District Judge