United States District Court
Northern District of California

FACEBOOK, INC., a Delaware corporation,

    Plaintiff,

v.

BANANA ADS LLC, et al.,

    Defendants.

Case No.: CV 11-03619-YGR (KAW)

REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MICHAEL NAVARINI AND BANANA ADS LLC

On December 20, 2012, the Court held a hearing on Plaintiff Facebook, Inc.'s ("Facebook") motion for default judgment against 12 defendants who had failed to appear in its action brought under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Default Defendant Michael Navarini (doing business as Banana Ads LLC) appeared at the hearing to represent himself *pro se*, entering his first appearance on the record. The Court informed Navarini that while he could represent himself, he could not represent Banana Ads LLC, as it is a corporate entity. But in light of Navarini's personal appearance and his assertion that Banana Ads is a small business that he operates out of his bedroom and cannot afford to hire an attorney, this Court informed him that it would not recommend that default judgment be entered against Banana Ads at this time.

At the hearing the parties agreed to participate in settlement negotiations and requested that this matter be referred to U.S. Magistrate Judge Laurel Beeler— who presided over another settlement conference in this matter and is familiar with the facts of this case— for the purposes of settlement.

///

///

RECOMMENDATION

In light of Michael Navarini's appearance, and the willingness of the parties to engage in settlement negotiations, this Court recommends that default judgment not be entered as to Michael Navarini and Banana Ads LLC, and that the parties be referred to U.S. Magistrate Judge Laurel Beeler for the purposes of settlement within 30 days or as soon thereafter as Judge Beeler's calendar permits. In the event that Judge Beeler is unavailable, this matter should be referred to a randomly assigned Magistrate Judge.

Any party may file objections to this report and recommendation with the District Judge within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(a); N.D. Civil L.R. 72-2. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

IT IS SO RECOMMENDED.

Dated: December 20, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge