John N. Gulick, Jr. SB # 47941
jgulick@gulicklaw.com
61 Pixley Avenue, No. 11
Corte Madera, CA 94925
Tel:    (415) 945-0940

Attorney for Defendant Tomato, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANANA ADS LLC, et al.<br><br>Defendants. | Case No.:   4:11-cv-03619-YRG (LB)(KW)<br><br>**STIPULATION TO EXTEND PRETRIAL DEADLINES AND REQUEST THEREFOR; ORDER** |

Plaintiff FACEBOOK, INC. and defendant TOMATO, INC. by and between their attorneys of record hereby stipulate as follows:

1. The stipulating parties have reached an agreement in principle as to the material terms of a settlement and drafted a settlement agreement which is currently being reviewed by the parties.

2.  The stipulating parties therefore join in respectfully requesting the Court to extend the deadline set for Friday, December 21, 2012 for certain pretrial filings one week to and including December 28, 2012, to allow for completion of review of said

draft settlement agreement.

Dated: December 19, 2012

              Perkins Coie

              <u>Ryan M. Spear</u>
              By Ryan M. Spear
              Attorneys for Plaintiff FACEBOOK, INC.

Dated: December 19, 2012

              <u>John N. Gulick, Jr.</u>
              John N. Gulick, Jr.
              Attorney for Defendant TOMATO INC.

In accordance with Northern District of California General Order 45, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: December 19, 2012

## ORDER

  In view of the information provided to the Court concerning the progress the stipulating parties have made in resolving the dispute, the Court grants the request for a one-week extension of time within which to make the pretrial filings that the Court previously ordered to be made by December 21, 2012. Those filings are now due to be filed by December 28, 2012.

Dated: December _21_, 2012.

              _____
              Yvonne Gonzalez Rogers
              Judge of the U.S. District Court