UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Time in Court:** 54 mins.

**Judge: Kandis A. Westmore**

**Date**: December 20, 2012

**Case No:** C11-03619-YGR

**Case Title**: Facebook, Inc., v. Banana ADS, LLC, et al

**Appearances:**

    For Plaintiff(s):  Ryan Spear

    For Defendant(s):  Michael Navarini, pro se
                            Other defendants - N/A

**Deputy Clerk**: Susan Imbriani         **Court Reporter**:  Raynee Mercado

## *PROCEEDINGS*

1. Motion for Default Judgment

## *SUMMARY*

    Arguments heard.  As to defendant Navarini d/b/a Banana ADS, LLC, per agreement of the parties- Court recommends referreal of the matter to Magistrate Judge Beeler for a settlement conference to be held within 30 days or as soon as possible thereafter.  As to all other defendants, matter taken under submission.  Court to issue order.