**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,** | Case No.: 11-CV-03619 YGR |
| Plaintiff(s), | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |
| vs. | |
| **BANANA ADS, LLC** *et al.*, | |
| Defendant(s). | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that Plaintiff Facebook, Inc. and Defendant Tomato Inc. have settled. Accordingly, the Hearing on Motion for Summary Judgment set for January 15, 2013, the Pretrial Conference set for January 18, 2013, and the Jury Trial set to begin on January 28, 2013 are **VACATED**. A compliance hearing shall be held on **Friday, January 25, 2013** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, Plaintiff Facebook, Inc. and Defendant Tomato Inc. shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, Plaintiff Facebook, Inc. and Defendant Tomato Inc. need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: January 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**