UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C 11-03619 YGR (LB) |
| Plaintiff(s), | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| BANANA ADS, LLC, ET AL., | |
| Defendant(s). | |
| _____/ | |

Judge Westmore referred this matter for a settlement conference to the undersigned, apparently with the parties' agreement. *See* ECF Nos. 164, 166. The court previously had a settlement conference with defendant Stanley L. Pace. *See* ECF Nos. 126, 128. The court thus set a settlement conference for February 11, 2013. *See* 1/2/13 Docket Entry. Now the record shows that Facebook objects to a further settlement conference and instead has asked the district court to refer the matter back to Judge Westmore for a ruling on the motion for default judgment. *See* ECF No. 168. The court issues this order to clarify that it is aware of the objection. The court has a tight schedule with settlement conferences and so would appreciate it if the parties would provide a joint update by January 14, 2012 clarifying whether they want to proceed with a settlement conference.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 11-03619 YGR (LB)