**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**BANANA ADS, LLC** *et al.*,<br><br>  Defendants. | Case No.: 11-CV-03619 YGR<br><br>**ORDER RE: REPORT AND RECOMMENDATION; GRANTING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation to Deny Plaintiff's Motion for Default Judgment Against Michael Navarini and Banana ADS LLC (Dkt. No. 164), Facebook, Inc.'s Motion for Relief from that recommendation (Dkt. No. 168), and the parties' Response to Magistrate Judge Beeler's Order Regarding Settlement Conference (Dkt. No. 172). Because it appears the parties no longer will be able to engage in productive settlement negotiations, the Court will not require the parties to attend a settlement conference.

Therefore, the Court **GRANTS** Facebook's Motion for Relief from Order. The Report and Recommendation (Dkt. No. 164) recommending referral of the parties to a settlement conference, is **MODIFIED**. The parties shall not be required to attend a settlement conference. Magistrate Judge Westmore shall consider Facebook's motion for default judgment against defendants Michael Navarini and Banana Ads LLC.

This Order Terminates Docket Numbers 164 & 168.

**IT IS SO ORDERED.**
Date: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**