**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,** | Case No.: 11-CV-03619 YGR |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME** |
| vs. | |
| **BANANA ADS LLC** *et al.*, | |
| Defendant(s). | |

In light of the Court's Order Granting Plaintiff's Motion for Relief from Nondispositive Pretrial Order (Dkt. No. 176), Defendant Michael Navarini's Motion for Extension of Time to File a Response is **DENIED AS MOOT**.

As set forth in the Court's concurrently issued Order Granting Defendant's Motion for Permission for Electronic Case Filing, in light of his *pro se* status, Defendant may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Defendant may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Defendant to obtain a copy of the *Pro Se* Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 4th Floor of the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, CA.

This Order Terminates Docket Number 176.

**IT IS SO ORDERED**.

Date: January 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**