**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**BANANA ADS, LLC** *et al.***,**<br><br>      **Defendant(s).** | **Case No.: 11-CV-03619 YGR**<br><br>**ORDER GRANTING MOTION TO STRIKE; AND STRIKING MOTION FOR RELIEF** |

Defendant Michael Navarini has filed a Motion for Relief from the Court's Order on Report and Recommendations (Dkt. No. 179), which Plaintiff Facebook, Inc. has moved to strike (Dkt. No. 180). Having carefully considered the papers submitted, and the pleadings in this action, and for the reasons set forth below, the Court hereby **GRANTS** the Motion to Strike and **STRIKES** Defendant's Motion.

Defendant Michael Navarini has defaulted in this action by failing to respond to the complaint. (*See* Dkt. No. 135.) Entry of default cuts off a defendant's right to appear in the action. Cal. Prac. Guide Fed. Civ. Pro. Before Trial Ch. 6-C (citing *Clifton v. Tomb*, 21 F.2d 893, 897 (4th Cir. 1927)). And a party in default is generally precluded from participating in the case. *Id.* The procedure available to the defendant(s) is to file a motion under Federal Rule of Civil Procedure 55 to set aside the clerk's entry of default.

Thus, Defendant Michael Navarini's filing must be stricken because it was filed after default was entered. The Court deals with Defendant's attempt to request relief by way of separate Order.

Accordingly, the Motion to Strike (Dkt. No. 180) is **GRANTED**.

The Clerk shall **STRIKE** Defendant's Motion for Relief from Order on Report and Recommendations, Docket Number 179, from the record.

**IT IS SO ORDERED**.

**Date: April 19, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**