**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,** | Case No.: 11-CV-03619 YGR |
| Plaintiff, | **ORDER PARTIALLY WITHDRAWING REFERENCE OF MOTION FOR DEFAULT JUDGMENT; DIRECTING DEFENDANTS TO MOVE TO SET ASIDE CLERK'S DEFAULT** |
| vs. | |
| **BANANA ADS, LLC** *et al.*, | |
| Defendant(s). | |

As to Defendants Michael Navarini and Banana Ads LLC, only, the Court **WITHDRAWS** the referral to Magistrate Judge Westmore (Dkt. Nos. 144 & 174) of Facebook, Inc.'s Motion for Default Judgment by the Court (Dkt. No. 146). Facebook, Inc.'s Motion for Default Judgment (Dkt. No. 146) remains **REFERRED** to Magistrate Judge Westmore for a report and recommendation as to the other defaulting defendants.

Defendants Michael Navarini and Banana Ads LLC shall have until **May 31, 2013** to file motion(s) to set aside the clerk's entry of default under Federal Rule of Civil Procedure 55.

In light of his *pro se* status, Mr. Navarini may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-9000 x8657 or signing up for an appointment on the 15th Floor of the San Francisco Federal Courthouse, 450 Golden Gate Avenue, Room 2796. At the Legal Help Center, Defendant may speak with an attorney who may be able to provide basic legal help, but not legal representation.

While Mr. Navarini may proceed *pro se*, a corporation such as Banana Ads, LLC may not. "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." *See* Civ. L.R. 3-9(b).

If Defendant is interested in legal representation but unable to afford an attorney, he may be eligible for free representation through the Federal Pro Bono Project. To learn more about the Federal Pro Bono Project, including whether Defendant qualifies for its services, Defendant should contact Manjari Chawla, the Legal Help Center Supervising Attorney, at the Legal Help Center in the San Francisco Courthouse, or by calling (415) 626-6917.

**IT IS SO ORDERED**.

**Date: April 19, 2013**

                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**