# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FACEBOOK, INC.,**<br><br>       Plaintiff,<br><br>vs.<br><br>**BANANA ADS, LLC** *et al.*,<br><br>       Defendant(s). | **Case No.: 11-CV-03619 YGR**<br><br>**ORDER FOR DEFENDANTS MICHAEL NAVARINI AND BANANA ADS, LLC TO SHOW CAUSE WHY A DEFAULT JUDGMENT SHOULD NOT BE ENTERED** |

On April 19, 2013, the Court withdrew a reference for report and recommendation of Facebook, Inc.'s Motion for Default Judgment to allow Defendants Michael Navarini and Banana Ads, LLC an opportunity to move to vacate the default under Federal Rule of Civil Procedure 55. Defendants Michael Navarini and Banana Ads, LLC were allowed until May 31, 2013 to file motion(s) to set aside the clerk's entry of default. To date, no such motion has been filed.

By **July 14, 2013**, the Defendants Michael Navarini and Banana Ads, LLC shall file a written response to this **ORDER TO SHOW CAUSE** why Facebook, Inc.'s Motion for Default Judgment by the Court (Dkt. No. 146) should not be granted and a default judgment be entered against them.

A hearing on this Order to Show Cause shall be held on **Friday, July 19, 2013** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Personal appearance by the Defendants or their attorney(s) is required. Failure to file a written response to this Order or to appear at the hearing will be deemed a concession that no good cause exists and that the entry of a final default judgment is appropriate.

**IT IS SO ORDERED**.

**Date: June 28, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**