United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,** | **Case No.: 11-CV-03619 YGR** |
| **Plaintiff,** | **DEFAULT JUDGMENT AGAINST PIONEER ENTERPRISES LTD.** |
| **vs.** | |
| **BANANA ADS, LLC** *et al.*, | |
| **Defendants.** | |

**DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Facebook, Inc. ("Facebook") and against Defendant(s) Pioneer Enterprises Ltd. as follows:

Pursuant to 15 U.S.C. § 1117(d), Defendant Pioneer Enterprises Ltd. shall pay total statutory damages in the amount of **$70,000**.

Pursuant to 15 U.S.C. § 1125(d)(1)(C), within 21 days of Facebook sending by email and overnight mail a copy of this Judgment to Defendant Pioneer Enterprises Ltd., Defendant shall transfer to Facebook all rights to the infringing domain names: <dacebook.com>, <faacebok.com>, <facegbook.com>, <gfacebook.com>, <zh-facebook.com>, <facebokook.com>, <faceboocklogin.com>, and <facebookfreezer.com>. In the event that the infringing domain names are not transferred to Facebook within the above time period, the current domain name registrar(s) for the infringing domain names shall transfer the infringing domain names to Facebook within 21 days of Facebook sending by email and overnight mail a copy of this Judgment to the current domain name registrar(s).

United States District Court

Northern District of California

1    Defendant Pioneer Enterprises Ltd. and its agents, servants, employees, attorneys, affiliates,

2  distributors, successors, assigns, and any other persons acting in concert or in participation with

3  Defendant Pioneer Enterprises Ltd. are now and forever **ENJOINED** from:

4    1.    Registering, using, trafficking in, or benefiting from Internet domain names that

5  incorporate the FACEBOOK mark or incorporate words, numbers, or symbols that, collectively or

6  in isolation, are confusingly similar to the FACEBOOK mark; and

7    2.    Knowingly providing services to any person or entity who registers, uses, traffics in,

8  or benefits from Internet domain names that incorporate the FACEBOOK mark or incorporate

9  words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the

10  FACEBOOK mark; and

11    3.    Using the FACEBOOK mark or any confusingly similar marks in advertisements or

12  otherwise in commerce in any manner likely to confuse consumers as to the association, affiliation,

13  endorsement, or sponsorship of Facebook; and

14    4.    Engaging in any infringing acts involving the FACEBOOK mark or other Facebook

15  marks; and

16    5.    Engaging in any unlawful, misleading, deceptive, or malicious activities directed at

17  or relating to Facebook's website, Facebook's services, Facebook users, or potential Facebook

18  users; and

19    6.    Inducing, encouraging, causing, materially contributing to, or aiding and abetting any

20  other person or entity to do the acts described in (1) to (5), above.

21    **IT IS SO ORDERED.**

22  **Date: June 28, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

23

24

25

26

27

28

2