**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FACEBOOK, INC.,**<br>    **Plaintiff,**<br>    vs.<br>**BANANA ADS, LLC** *et al.*,<br>    **Defendants.** | **Case No.: 11-CV-03619 YGR**<br><br>**DEFAULT JUDGMENT AGAINST CLEANSER PRODUCTS** |

**DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Facebook, Inc. ("Facebook") and against Defendant Cleanser Products as follows:

Pursuant to 15 U.S.C. § 1117(d), Defendant Cleanser Products shall pay total statutory damages in the amount of **$430,000**.

Defendant Cleanser Products and its agents, servants, employees, attorneys, affiliates, distributors, successors, assigns, and any other persons acting in concert or in participation with Defendant Cleanser Products are now and forever **ENJOINED** from:

1.  Registering, using, trafficking in, or benefiting from Internet domain names that incorporate the FACEBOOK mark or incorporate words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the FACEBOOK mark; and

2.  Knowingly providing services to any person or entity who registers, uses, traffics in, or benefits from Internet domain names that incorporate the FACEBOOK mark or incorporate words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the FACEBOOK mark; and

3. Using the FACEBOOK mark or any confusingly similar marks in advertisements or otherwise in commerce in any manner likely to confuse consumers as to the association, affiliation, endorsement, or sponsorship of Facebook; and

4. Engaging in any infringing acts involving the FACEBOOK mark or other Facebook marks; and

5. Engaging in any unlawful, misleading, deceptive, or malicious activities directed at or relating to Facebook's website, Facebook's services, Facebook users, or potential Facebook users; and

6. Inducing, encouraging, causing, materially contributing to, or aiding and abetting any other person or entity to do the acts described in (1) to (5), above.

**IT IS SO ORDERED.**

**Date: June 28, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**