UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BANANA ADS LLC, *et al.*,<br><br>    Defendants. | Case No.: 11-cv-03619-YGR<br><br>**ORDER TERMINATING CIVIL CASE** |

Plaintiff Facebook, Inc., has filed a Notice of Case Status in the above-styled matter, representing that "no issues remain for this Court's resolution." (Dkt. No. 214.) The Court notes that Plaintiff named a total of 48 defendants in this case, all but 5 of whom have been terminated from the case. The remaining 5 defendants are: (1) FB Promotions/Freebie Promos; (2) Rabbit Gogo Media LLC; (3) Elise Petri; (4) Gilend API; and (5) John Souza (collectively, the "Subject Defendants"). The Court issues this Order to clarify the effect of the termination of this case on the Subject Defendants. Nothing in this Order alters the effect of any earlier Order or Judgment as to any of the other 43 defendants.

The default of FB Promotions/Freebie Promos and Rabbit GoGo Media LLC was taken on May 11, 2012. (Dkt. No. 87.) The default of Elise Petri and Gilend API was taken on June 22, 2012. (Dkt. No. 122.) However, no default judgment issued against any of these defendants.

The fifth defendant, John Souza, filed a notice of bankruptcy on September 29, 2011. (Dkt. No. 15.) Nevertheless, Plaintiff named Souza in its Amended Complaint, filed December 12, 2011.

(Dkt. No. 36). Plaintiff does not appear, however, to have sought entry of default against Souza. Accordingly, no default judgment issued against Souza.

As to the Subject Defendants only, the Court construes Plaintiff's Notice of Case Status as a voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court **ORDERS** this case administratively terminated. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**